IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:09-CR-00021-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| KAREEM KABBAR WEBB, | |
| Defendant. | |

**THIS MATTER** is before the Court on the Government's motion to hold this matter in abeyance pending the issuance of the Fourth Circuit's mandate in *United States v. Chambers*, No. 19-7104. (Doc. No. 59). Defendant, through counsel, consents to the Government's abeyance request.

On April 23, 2020, the Fourth Circuit issued a divided opinion in *Chambers*. The Government has since filed a petition for a rehearing en banc. Because Defendant's pending motion for a reduced sentence relies on the Fourth Circuit's holding in *Chambers*, the Court will grant the Government's motion to hold this matter in abeyance until the Fourth Circuit issues the mandate in *Chambers*.

**IT IS THEREFORE ORDERED** that the Government's motion to hold this matter in abeyance, (Doc. No. 59), is **GRANTED**.

**IT IS FURTHER ORDERED** that counsel inform the Court within fourteen (14) days of the Fourth Circuit's mandate in *United States v. Chambers*.

    **SO ORDERED.**

Signed: May 20, 2020

*/s/ Kenneth D. Bell*
Kenneth D. Bell
United States District Judge