IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:09-CR-00021-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> **KAREEM KABBAR WEBB,** <br><br> **Defendant.** | **ORDER** |

Pursuant to the First Step Act of 2018 and upon Motion of Defendant **KAREEM KABBAR WEBB** for an Amended Judgment and reduction in sentence, the Court hereby orders that Defendant's term of imprisonment and commitment to custodial authorities is reduced to an aggregate sentence of **TIME SERVED PLUS FIVE (5) DAYS.** The Government has indicated that it agrees with a time-served sentence.

The Court further **ORDERS** that the Defendant, upon release from imprisonment, shall be placed on supervised release for a term of 3 years on Count 3.

All other terms and conditions of Defendant's sentence remain in full force and effect.

**IT IS SO ORDERED.**

Signed: July 20, 2020

Kenneth D. Bell
United States District Judge